333

RICHARD STRATTON, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH & DEVELOPMENTAL DISABILITIES, Respondent.

*Opinion filed February 27, 1975.*

KLEINMAN, CORNFIELD & FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

KATTIE PARHAM, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed February 27, 1975.*

KATTIE PARHAM, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.